UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GEORGE W. CARLISLE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV981 HEA |
| ) | |
| CITY OF ST. PETERS, MISSOURI, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion to Grant Access and Authorization to Pacer, [Doc. No. 20]. The motion is denied. Although Plaintiff is proceeding *pro se* and does not have access to the electronic filing system, he continuously and consistently receives all documents from the Court and Defendant through the mail. Therefore, the Court is of the opinion that allowing access to the electronic docketing system is necessary in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Grant Access and Authorization to Pacer, [Doc. No. 20], is denied.

Dated this 20th day of April, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE