UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GEORGE W. CARLISLE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CV981 HEA |
| ) | |
| CITY OF ST. PETERS, MISSOURI, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that Summary Judgment is entered in favor of Defendant and against Plaintiff.

Dated this 1st day of August, 2007

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE